# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2426

_____

William Thompson,                          *
                                           *
            Appellant,                     *
                                           *
      v.                                   *
                                           *   Appeal from the United States
Marie Linzy, Garment Factory               *   District Court for the
Supervisor, Cummins Unit, Arkansas         *   Eastern District of Arkansas.
Department of Correction; Betty            *
Green, Garment Factory Manager,            *
Cummins Unit, Arkansas                     *        [UNPUBLISHED]
Department of Correction, originally       *
sued as "Ms. Green,"                       *
                                           *
            Appellees.                     *

_____

Submitted: March 7, 2000
Filed: March 10, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

William Thompson appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint after an evidentiary hearing. Upon careful review of the record and the parties' briefs, we conclude the district court did not err in dismissing Thompson's equal protection claims because he did not show that defendants failed to treat similarly situated persons in a like manner. We also conclude the district court did not err in dismissing Thompson's Eighth Amendment claim because he did not show that defendants knowingly caused him to work beyond his medical classification, or that the work resulted in any injury. Finally, the court did not abuse its discretion in denying Thompson's request for a second witness after determining that the witness's testimony would be cumulative. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David H. Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).